

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

D/B/A: CAROLINE D. CIRAOLO

    ROBERT J. WILLIE

    TAMARA W. ASHFORD

    LORETTA A. LYNCH

    ELIZABETH P. DEAVERS

    MICHAEL H. WATSON

-VS.                                                                                           CAUSE # 2:14-CV-2651

Launce Kramer, et, al

Carmen C. Kramer

In Propria Persona

All Rights Reserved

Without Prejudice

United States

Ex relations

Launce B. Kramer

AN AUTHENTICATED FOREIGN DOCUMENT

HAGUE CONVENTION, 5 October 1961

AFFIDAVIT FOR:

PUBLIC NOTICE, HONORABLE CLARIFICATIONS

1

Launce Kramer© In Propria Persona
Non-corporate entity Cause: 2:14-cv-2651
Executor, Acceptor and Principle to the Trust

Vs

ATTN: ADMINISTRATIVE LAW JUDGE EDMUND A. SARGUS JR

U.S.D.C. COURT JUDGE: MICHAEL H. WATSON

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF OHIO**

**APPOINTED FOR TRUSTEESHIP
CO TRUSTEES TO CASE PRINCIPAL TRUSTEE ON CASE**

      CAROLINE D. CIRAOLO

      ROBERT J. WILLIE

      TAMARA W. ASHFORD

      LORETTA A. LYNCH

      ELIZABETH P. DEAVERS

PROSECUTOR OFFICE
POSITION OF TRUSTEESHIP
ADMINISTRATIVE NOTICE
EXECUTOR, ACCEPTOR AND PRINCIPLE NOTIFICATION
UNDER CONTRACT LAW OF
POWER OF ATTORNEY OF LIMITED FIDUCIARY TRUSTEESHIP

DUTY TO THE PUBLIC TRUST OF OFFICE IN CAUSE #2:14-CV-2651

**ADMINISTRATIVE NOTICE; EXECUTOR, ACCEPTOR AND PRINCIPLE UNDER CONTRACT LAW OF POWER OF ATTORNEY OF LIMITED FIDUCIARY TRUSTEESHIP DUTY TO THE PUBLIC TRUSTS OF OFFICE IN CAUSE # 2:14-CV-2651**

Limited Fiduciary Trusteeship Contract, First Notice

I, Launce Kramer hereinafter Executor, Acceptor and Principle, **Title 26 Subtitle B Chapter 11 Subchapter C Sec. 2203**, for the LAUNCE KRAMER cestui que trust, state each is Executor, Acceptor and Principle, respectively, in any and all matters relating to COURTS CAUSE NO. 2:14-CV-2651 any and all bonds, warrants, securities, hypothecations and related instruments, hereinafter Accounts/Cases, *nunc pro tunc* to birthdates respectively, prior to the placement of ink footprints on birth document entitled, certificate of live, Form No. 500 and state the following:

2

Executors, Acceptors and Principles, hereby revoke, rescind, and cancel any and all silent or assumed power of attorney of any parties' known or unknown contracts conferring trusteeship upon Executors, Acceptors and Principles; thereby causing Executors, Acceptors and Principles to be placed as a trustee to the Trust, and state they have never knowingly consented, never knowingly intended, never will intend to accept the capacity/standing of a trustee(s) in any of the Accounts/Cases herein,

Executor, Acceptor and Principle hereby revoke, rescind and cancel any and all signatures placing them in any position of trusteeship for Accounts/Cases, *nunc pro tunc* to 9/9/70 and 3/22/76 birthdates prior to the placement of ink footprints on birth documents, from any known or unknown contracts conferring trusteeship,

Executor, Acceptor and Principle hereby appoint, EDMUND A. SARGUS JR ADMINISTRATIVE JUDGE, PRINCIPAL TRUSTEE, MICHAEL H. WATSON USDC Court Judge Co-Principal Trustee: CAROLINE D. CIRAOLO; ROBERT J. WILLIE; TAMARA W. ASHFORD; LORETTA A. LYNCH; ELIZABETH P. DEAVERS; who accepted the duty to serve the people with their oaths of offices, hereinafter TRUSTEES, as trustees for the aforementioned Accounts/Cases nunc pro tunc to date 9/9/70 and 3/22/76 of inception of said Accounts/Cases, POWER OF ATTORNEY OF LIMITED FIDUCIARY TRUSTEESHIP DUTY of each of the political subdivisions of TRUSTEES as they have assumed the title of sovereign to hold that political subdivision office. Such power of attorney is only limited when such claims or allegations are made against the trusts for an injury,

TRUSTEES assume all contractual agreements when the Trusts come into question by one of their Administrative Officers who made claims or allegations of an injury caused by such Trusts. Said TRUSTEES assume full responsibility of debt and liabilities of all hidden powers of attorney agreement created from the Certificate of Birth or by any other account numbers given to such Trusts by the FEDERAL UNITED STATES as a contract that would be given to that of a UNITED STATES citizen. TRUSTEES are aware of the distinction between the federal corporation UNITED STATES (STRAWMAN, ARTIFICIAL PERSON) and the United States of the several states,

> TRUSTEES, under the Administrative Trusteeship, agreed to such contract under TITLE 28>PART V>CHAPTER 115 § 1746, unsworn declarations under penalty of perjury, USAM TITLE 9 Criminal Resource Manual 1760 Perjury Cases & Title 22 CFR FOREIGN RELATIONS 92.18 Oaths and affirmations defined, upon entry of said public offices. When TRUSTEES assume the duty to public offices they become TRUSTEES and accept limited trusteeship to the National citizens of that National State, as there is a Quasi Contract/Constructive Contract to hold that public office in good faith. Said TRUSTEES need not be notified or reminded of their Quasi-Contract / Constructive obligation when called upon by the Executor, Acceptor and Principle to step into such trusteeship on behalf of the Executor, Acceptor and Principle as it would be one from their Administrative Offices that would cause said Trusts to be called into question. Any refusal of any Administrative TRUSTEE to accept limited Trusteeship over said Trusts upon the request of the Executor, Acceptor and Principle would cancel any and all claims or allegation of injury made by any administrative party,

> TRUSTEES, **under their own by laws**, have placed their offices under FRCP 4(j) as foreign entities to the Executor, Acceptor and Principle Nationalities 5 and by such act gave the Executor, Acceptor and Principle immunity under 12 (b) (6), 11th amendment and remedy under the Administrative Procedures Act as the injured Party in the actions. The TRUSTEES now have the obligation to settle the account on behalf of the Executor, Acceptor and Principle and take any and all complaints against the injuring parties.

3

Executor, Acceptor and Principle state that it causes a conflict in law and interest for Executor, Acceptor and Principle to hold the position of Trustee, under the heading of Embezzling from the Trust. The Executor, Acceptor and Principle cannot be a trustee to his own trust. TRUSTEES and learners of law know it is a crime for the Executors to hold the position of Trustee, as there is no one else to Trustee other than the accusers, the duty of Trustee falls back on those accusers, TRUSTEES,

Executor, Acceptor and Principle state they have been injured by TRUSTEES, EDMUND A. SARGUS JR ADMINISTRATIVE JUDGE, PRINCIPAL TRUSTEE, MICHAEL H. WATSON USDC Court Judge Co-Principal Trustee: CAROLINE D. CIRAOLO; ROBERT J. WILLIE; TAMARA W. ASHFORD; LORETTA A. LYNCH; ELIZABETH P. DEAVERS; CO-TRUSTEES who entrapped, caused damage by use of intimidation, retaliation, and falsification of fictional claim of injury. By such action this is a violation 18 USC 1918, Enforcement Act of 1870 which is 18 USC 241 & 242 and violates the Patriot Act under section 800 and HR. 1965 Home Grown Terrorist Act,

Executor, Acceptor and Principle state they have been injured by TRUSTEES who did not remove the liens from said Executor, Acceptor and Principle at the time of the FO1-25 transfer of Executor, Acceptor and Principle' interest. It is the duty of the TRUSTEES to secure the beneficial interest of the trust and recall all bonds, securities and hypothecations from said beneficial interest for the Executor, Acceptor and Principle, *nunc pro tunc*,

Executor, Acceptor and Principle hereby appoint TRUSTEES to discharge, settle and close all Accounts/Cases and related instruments to date of inception and release Executor, Acceptor and Principle from any and all forms of bondage caused by such bonds, warrants, securities, hypothecations and related instruments within seven (7) days of receipt of this appointment as TRUSTEES,

Executor, Acceptor and Principle hereby appoint TRUSTEES, to adjust all records of accounting to show irrevocably that said Accounts/Cases are fully discharged to issue, the appropriate IRS 1099 Forms and to be in compliance with all revenue requirements in the matter timely, to release all liens and close escrow immediately and return all property to Executor, Acceptor and Principle, in his capacity as authorized representative for LAUNCE KRAMER as per Power of Attorney assigning said capacity and to do all other acts requisite to fully faithfully and specially execute said appointment,

Executor, Acceptor and Principle state that if a Licensed Practitioner is required, for any reason, to represent them in the release of liens, the closure of escrow and the return of all property, said Practitioner **takes on the robe of Trusteeship and therefore takes on the full responsibility of debt and liability of such action releasing the Executor, Acceptor and Principle of any and all claims and damages. Said Practitioner is also required to come under TITLE 28>PART V>CHAPTER 115 § 1746, Unsworn declarations under penalty of perjury, USAM TITLE 9 Criminal Resource Manual 1760 Perjury Cases & Title 22 CFR FOREIGN RELATIONS 92.18 Oaths and affirmations defined, upon entry of said public service to the court, Executor, Acceptor and Principle appoint the following:**

a. PRINCIPAL TRUSTEE

    EDMUND A. SARGUS JR

4

Joseph P. Kinneary

U.S. Courthouse, Room 301

85 Marconi Boulevard

Columbus, OH 43215


b. Michael H. Watson

Joseph P. Kinneary

U.S. Courthouse, Room 301

85 Marconi Boulevard

Columbus, OH 43215


Executor, Acceptor and Principle hereby appoint TRUSTEES to take on the trusteeship and duties for the Trusts of LAUNCE KRAMER, respectively on behalf of the Executor, Acceptor and Principle LAUNCE KRAMER. TRUSTEES assume all responsibility of debt and liability for said Trusts,

Executor, Acceptor and Principle hereby appoint to EDMUND A. SARGUS JR ADMINISTRATIVE JUDGE, PRINCIPAL TRUSTEE, MICHAEL H. WATSON  USDC Court Judge Co-Principal Trustee: but not limited to  CAROLINE D. CIRAOLO; ROBERT J. WILLIE; TAMARA W. ASHFORD; LORETTA A. LYNCH; ELIZABETH P. DEAVERS; CO-TRUSTEES DISCHARGE, SETTLE AND CLOSE ALL Accounts/Cases and related instruments *nunc pro tunc*, 9/9/1970 and 3/22/76 to date of inception and release Executor, Acceptor and Principle from any and all forms of bondage/peonage caused by such bonds, warrants, securities, hypothecations and related instruments within seven (7) days of receipt of this appointment as Trustee or hold CO-TRUSTEES responsible for said debts and liabilities and any and all damages caused in such claims,

EDMUND A. SARGUS and/or Michael H. Watson, as PRINCIPAL TRUSTEE is given seven (7) days from the date of service of this POWER OF ATTORNEY OF LIMITED FIDUCIARY TRUSTEESHIP DUTY TO THE PUBLIC TRUSTS OF OFFICE, Limited Fiduciary Trusteeship Contract, First Notice, to serve notice on Executor, Acceptor and Principle that all debts of all Accounts/Cases have been discharged and extinguished and that all obligations relating thereto have been satisfied, or the CO-TRUSTEES; d/b/a: EDMUND A. SARGUS JR ADMINISTRATIVE JUDGE, PRINCIPAL TRUSTEE, MICHAEL H. WATSON, but not limited to CAROLINE D. CIRAOLO; ROBERT J. WILLIE; TAMARA W. ASHFORD; LORETTA A. LYNCH; ELIZABETH P. DEAVERS; CO-TRUSTEES are now held to answer for the damages,

EDMUND A. SARGUS JR ADMINISTRATIVE JUDGE, PRINCIPAL TRUSTEE, MICHAEL H. WATSON, as PRINCIPAL TRUSTEE claims to hold one or more of three positions: one as a Constitutional Article III Judge, an Administrative Law Judge, or a Judge of Equity and

Commerce. There are but three choices and those are: 1) to dismiss all Accounts/Cases as there is no injured party under the constitution, 2) dismiss because no claim was filed against an administrator or employee or 3) dismiss due to the defendants being the Executor, Acceptor and Principle who have appointed you as PRINCIPAL TRUSTEE in these cases with full responsibility for the debts of the Accounts/Cases and for the discharge of the debts of said Accounts/Cases,

EDMUND A. SARGUS JR ADMINISTRATIVE JUDGE, PRINCIPAL TRUSTEE, MICHAEL H. WATSON, as PRINCIPAL TRUSTEE, and the CO-TRUSTEES have been named more than three times by the Executor, Acceptor and Principle in this document as appointed TRUSTEES in these Accounts/Cases. TRUSTEES must dismiss or fulfill their Trustee duties and pay the debts, giving Executor, Acceptor and Principle remedy, or allow claims of injury for damages against the TRUSTEES, for damages against the Executor, Acceptor and Principle for false claims as provided under Trezevant vs. City of Tampa ($ 75,000 an hour). The absence of completion of the foregoing by TRUSTEES will be considered the invoice for such acts of incompletion,

TRUSTEES, are given seven (7) days from the date of service of this POWER OF ATTORNEY OF LIMITED FIDUCIARY TRUSTEESHIP DUTY, Limited Fiduciary Trusteeship Contract, to serve notice upon the Executor, Acceptor and Principle that all debts of all Accounts/Cases have been discharged and extinguished and that all obligations relating thereto have been satisfied,

Executor, Acceptor and Principle state that any and all appointments to TRUSTEESHIP are on a limited basis to said actions. To when and where they are named for such action they will continue as TRUSTEES until such time of the closing of such transactions and all discharges and extinguishments are met, they are then released of said duty or until such time that their trustee services require them to be called upon again,

Executor, Acceptor and Principle state that the absence of completion of the foregoing by TRUSTEES, will be understood to be act(s) of contempt and of malicious harassment with the intent to defraud, whereby appropriate ledgering and administrative reports will issue in the matter,

All Rights Reserve, Without Prejudice, _____*[signature]*_____

                                                        Launce Kramer©   Executor, Acceptor and Principle

# JURAT

State of Ohio                )

COUNTY OF WASHINGTON  )

6

SUBSCRIBED AND AFFIRMED BEFORE ME _Patrick E Lang_ Notary Public on this ___4___ day of ___March___, 2016, by Launce Kramer© proved to me on the basis of satisfactory evidence to be the living blood man who appeared before me.

_____Seal  PATRICK E. LANG
Place Notary Signature Above –  NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 6/12/17

Through and by the corporate trusts known as Launce Kramer© under the Federal Corporation of the UNITED STATES, and through and by the CERTIFICATE OF BIRTH issued to LAUNCE KRAMER©, Launce Kramer is the Executor, Acceptor and Principle of the National united States of America to these trusts, each as one of the Nationalities as defined in the USGOP style Manual sec. 3.23 & 5.24 definitions of nationalities. Executor, Acceptor and Principle holds the inherent political power as defined by the state constitution as one of the people.

2. **Principal** is defined in Black's Law 5th Edition as: chief; leading, most important or considerable; primary; original. Highest in rank, authority, character, importance, or degree, as to principal challenge, contract, obligation, office and venue. (see these titles)

3. UNITED STATES vs Bevans 16 U.S. 3 Wheat .336,336 (1818)1818: U.S. v. Bevans, 16 U.S.336. Establishes two separate jurisdictions within the United States Of America: 1. The "federal zone" and 2. "the 50 States". The I.R.C. only has jurisdiction within the "federal zone".

Pennhallow vs Doan's administrators 3 U.S. 3 Dall. 54, 54 (1795)

"In as much as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government as well as any law agency, aspect, court, etc., can concern itself with anything other than corporate, artificial persons and the contracts between them."

4. Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form: (1) If executed without the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

If executed within the United States, its territories, possessions, or commonwealths: "I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _Mar 5 2016_                            _Launce Kramer_
                                                    _Carmen Kramer_

US Attorneys>USAM>Title 9>Criminal Resource manual 1759 Criminal Resource Manual1759 Perjury

7

Cases—28 USC 1746 Declarations Sections 1621 and 1623(a) both explicitly cross-reference 28 U.S.C. § 1746. Congress added 18 U.S.C. § 1746 in 1976 to allow certain unsworn declarations to be made subject to the penalties of perjury. Case law concerning section 1746 declarations is extremely limited and generally concerns whether unsworn declarations can be submitted in particular proceedings. Section 1746 declarations are prosecutable as perjury, even though the law did not require the original declaration under penalty of perjury, to be sworn. United States v. Gomez-Vigil, 929 F.2d 254, 257 (6th Cir. 1991). These declarations may be scrutinized by the courts. For example, the United States Court of Appeals for the Ninth Circuit overturned a section 1623(c) conviction because one witness statement at issue was not under oath, but was taken under section 1746. United States v. Jaramillo, 69 F.3d 388, 390-91 (9th Cir. 1995). The court determined that Congress required section 1623(c) inconsistent statement prosecutions to meet stringent requirements and that since only section 1623(a) referred expressly to section 1746, unsworn declarations did not meet section 1623(c)'s requirements.

5 (j) Serving a Foreign, State, or Local Government. (1) Foreign State. A foreign state or its political subdivision, agency, or instrumentality must be served in accordance with 28 U.S.C. § 1608.

6. In the Case of "Redfield Fisher", the Court ruled that an individual, unlike the corporation, cannot be taxed for the mere privilege of existing, but the individual's right to live and own property was a natural right upon which an excise cannot be imposed

## CERTIFICATE OF SERVICE

Clerk of Courts (x2)

USDC SOUTHERN DISTRICT OHIO

8

Joseph P. Kinneary

U.S. Courthouse, Room 301

85 Marconi Boulevard

Columbus, OH 43215

**Certified Mail #: 7015 0640 0004 1558 0206**

PRINCIPAL TRUSTEE

EDMUND A. SARGUS JR

Joseph P. Kinneary

U.S. Courthouse, Room 301

85 Marconi Boulevard

Columbus, OH 43215

**Certified Mail #: 7015 0640 0004 1558 0213**

Michael H. Watson

Joseph P. Kinneary

U.S. Courthouse, Room 301

85 Marconi Boulevard

Columbus, OH 43215

**Certified Mail #: 7015 0640 0004 1558 0237**

Elizabeth P. Deavers

U.S. Courthouse, Room 301

85 Marconi Boulevard

Columbus, OH 43215

Certified Mail #: 7015 0640 0004 1558 0220

Robert J. Willie
U.S. Department of Justice
P.O. Box 55, BEN FRANKLIN STATION
Washington D.C. [20044]

Certified Mail #: 7015 0640 0004 1558 0244

Tamara W. Ashford
U.S. Department of Justice
P.O. Box 55, BEN FRANKLIN STATION
Washington D.C. [20044]

Certified Mail #:

Caroline D. Ciraolo
U.S. Department of Justice
P.O. Box 55, BEN FRANKLIN STATION
Washington D.C. [20044]

Certified Mail #: 7015 0640 0004 1558 0268

Loretta A. Lynch
U.S. Department of Justice
950 Pennsylvania Ave N.W.
Washington D.C. [20530-0001]

Certified Mail #: 7015 0640 0004 1558 0275

On this 5th day of March 2016

*Gaunce Kramer*
*Caumes Kramer*